JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVIS LEVAR GRAY,<br><br>        Petitioner,<br><br>v.<br><br>BRIAN K. BIRKHOLTZ,<br><br>        Respondent. | CASE NO. CV 22-07562-SSS(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: April 13, 2023

_____
SUNSHINE S. SYKES
United States District Judge